18

PER CURIAM.

(No. 74-CC-798—

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC HEALTH, Respondent.

*Opinion filed July 10, 1974.*

JAMES M. LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-803—

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed July 10, 1974.*

GIFFIN, WINNING, LINDNER, NEWKIRK, COHEN, BO-DEWES & NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.